ENTERED ON DOCKET
9/28/99 PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GUILLERMO MORALES, ET AL. *
　　　　　　　　　　　　　　*
　　　Plaintiffs　　　　　　*
　　　　　　　　　　　　　　*
　　　v.　　　　　　　　　　*
　　　　　　　　　　　　　　*   CASE NO. 98-2348 (PG)
UNITED STATES POSTAL SERVICE, *
ET AL.　　　　　　　　　　　*
　　　　　　　　　　　　　　*
　　　Defendants　　　　　　*
　　　　　　　　　　　　　　*
*******************************

## JUDGMENT

The Court having granted defendants' motion to dismiss (Dkt. #6), it is hereby **ORDERED AND ADJUDGED** that the above captioned case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, September 28, 1999.

　　　　　　　　　　　　　　　　　JUAN M. PEREZ GIMENEZ
　　　　　　　　　　　　　　　　　U.S. District Judge