RECEIVED & FILED
1999 NOV 19 AM 8. 42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

GUILLERMO MORALES, ET AL.,

     Plaintiff(s)

        v.                        Civ. No. 98-2348(PG)

UNITED STATES POSTAL SERVICE,
ET AL.,

     Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #11 - Motion for Reconsideration | Denied. |

Date: ~~October~~ November 18 , 1999.

_Juan M. Perez-Giménez_
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

